[No. 26459-9-III.   Division Three.   February 5, 2009.]

LLOYD A. HERMAN, *Respondent*, v. THE SHORELINES HEARINGS BOARD ET AL., *Defendants*, THE DEPARTMENT OF ECOLOGY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-04067-4, Robert D. Austin, J., entered August 24, 2007. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J. Now published at 148 Wn. App. 444.

[No. 26615-0-III.   Division Three.   February 5, 2009.]

THE CITY OF EAST WENATCHEE, *Appellant*, v. THE WASHINGTON STATE BOUNDARY REVIEW BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 07-2-00096-5, John Hotchkiss, J., entered November 5, 2007. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Korsmo, JJ.

[No. 26833-1-III.   Division Three.   February 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY C. SALVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03874-5, Ellen K. Clark, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 26852-7-III.   Division Three.   February 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN C. ALLGOEWER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02559-9, Michael P. Price, J., entered January 31, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.